

FILED
CLERK, U.S. DISTRICT COURT
APR 27 2016
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>Joshua Galarza,<br><br>    Defendant. | Case No. 16-862 M<br><br>ORDER OF DETENTION |

## I.

The Court conducted a detention hearing on April 27, 2016:

☒ On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving a narcotics or controlled substance offense with maximum sentence of ten or more years.

☒ On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure

the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

## II.

The Court finds that no condition or combination of conditions will reasonably assure: ☒ the appearance of the defendant as required.
☒ the safety of any person or the community.

## III.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. [18 U.S.C. § 3142(g)] The Court also considered all the evidence adduced at the hearing and the arguments, the arguments of counsel, and the report and recommendation of the U.S. retrial Services Agency.

IV.

The Court bases its conclusions on the following:

As to risk of non-appearance:

- ☒ Lack of sufficient bail resources to include a significant secured bond
- ☐ Refusal to interview with Pretrial Services
- ☐ No stable residence or employment
- ☐ Previous failures to appear and/or probation violations/revocations
- ☒ Travel to Mexico
- ☒ Unrebutted presumption [18 U.S.C. § 3142(e)(2)]

As to danger to the community:

- ☐ Criminal History
- ☒ Allegations in present charging document
- ☐ Substance abuse
- ☒ Defendant's admission re previous gang ties
- ☒ Unrebutted presumption [18 U.S.C. § 3142(e)(2)]
- ☒ A search of Defendant's residence revealed firearms, ammunition, $8,000 in cash, and 3 (three) kilograms of cocaine. The Court is particularly concerned about the discovery of a significant amount of narcotics at the residence defendant shares with his parents and a 17-year old half-sibling. These factors suggest that defendant is involved in narcotics trafficking and that his release on bail would pose a danger to the community.

V.

☐ The Court finds a serious risk that the defendant will

☐ obstruct or attempt to obstruct justice.

☐ threaten, injure or intimidate a prospective witness or juror, or attempt to do so.

The Court bases its conclusions on the following:

VI.

IT IS THEREFORE ORDERED that the defendant be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)]

Dated: April 27, 2016

/s/
_____
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE